COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                UNITED STATES DISTRICT COURT

| | |
|---|---|
| JOSE HERRERA BETANCOURT,<br>    Plaintiff | )<br>)<br>) |
| V. | ) CIVIL NO. 2005-40154 FDS<br>) |
| JOHN J. GRADY, et als.,<br>    Defendants | )<br>)<br>) |

## ANSWER OF THE DEFENDANTS,
## KEVIN FIFIELD AND U.S. SECURITY ASSOCIATES, INC.,
## AND DEMAND FOR JURY TRIAL

### INTRODUCTION

1.   The allegations contained in this Complaint contain conclusions of law and therefore, no response is required of this Defendant. In the event the Court does require a response to the pleading, the Defendant states that it is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

### JURISDICTION

2.   The allegations contained in this Complaint contain conclusions of law and therefore, no response is required of this Defendant. In the event the Court does require a response to the pleading, the Defendant states that it is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

### PARTIES

3.   The Defendant can neither admit nor deny the allegations of Paragraph 3 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

4.   The Defendant can neither admit nor deny the allegations of Paragraph 4 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

5.   The Defendant can neither admit nor deny the allegations of Paragraph 5 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

6.    The Defendant can neither admit nor deny the allegations of Paragraph 6 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

7.    The Defendant can neither admit nor deny the allegations of Paragraph 7 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

8.    The Defendant can neither admit nor deny the allegations of Paragraph 8 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

9.    The Defendant admits the allegations of Paragraph 9 of the Complaint.

10.   The Defendant can neither admit nor deny the allegations of Paragraph 10 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

11.   The allegations contained in this Complaint contain conclusions of law and therefore, no response is required of this Defendant. In the event the Court does require a response to the pleading, the Defendant states that it is without sufficient knowledge to admit or deny the allegations contained in this paragraph.

## FACTS

12.   The Defendant can neither admit nor deny the allegations of Paragraph 12 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

13.   The Defendant can neither admit nor deny the allegations of Paragraph 13 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

14.   The Defendant can neither admit nor deny the allegations of Paragraph 14 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

15.   The Defendant can neither admit nor deny the allegations of Paragraph 15 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

16.   The Defendant can neither admit nor deny the allegations of Paragraph 16 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

17.  The Defendant can neither admit nor deny the allegations of Paragraph 17 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

18.  The Defendant can neither admit nor deny the allegations of Paragraph 18 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

19.  The Defendant can neither admit nor deny the allegations of Paragraph 19 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

20.  The Defendant can neither admit nor deny the allegations of Paragraph 20 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

21.  The Defendant can neither admit nor deny the allegations of Paragraph 21 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

22.  The Defendant can neither admit nor deny the allegations of Paragraph 22 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

23.  The Defendant can neither admit nor deny the allegations of Paragraph 23 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

24.  The Defendant can neither admit nor deny the allegations of Paragraph 24 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

25.  The Defendant can neither admit nor deny the allegations of Paragraph 25 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

26.  The Defendant can neither admit nor deny the allegations of Paragraph 26 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

27.  The Defendant can neither admit nor deny the allegations of Paragraph 27 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

28. The Defendant can neither admit nor deny the allegations of Paragraph 28 of the Complaint because is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

29. The Defendant can neither admit nor deny the allegations of Paragraph 29 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

30. The Defendant can neither admit nor deny the allegations of Paragraph 30 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

31. The Defendant can neither admit nor deny the allegations of Paragraph 31 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

32. The Defendant can neither admit nor deny the allegations of Paragraph 32 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

33. The Defendant can neither admit nor deny the allegations of Paragraph 33 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

34. The Defendant can neither admit nor deny the allegations of Paragraph 34 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

35. The Defendant can neither admit nor deny the allegations of Paragraph 35 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

36. The Defendant can neither admit nor deny the allegations of Paragraph 36 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

37. The Defendant can neither admit nor deny the allegations of Paragraph 37 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

38. The Defendant can neither admit nor deny the allegations of Paragraph 38 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

39. The Defendant can neither admit nor deny the allegations of Paragraph 39 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

40. The Defendant can neither admit nor deny the allegations of Paragraph 40 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

41. The Defendant can neither admit nor deny the allegations of Paragraph 41  of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

42. The Defendant can neither admit nor deny the allegations of Paragraph 42 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

43. The Defendant can neither admit nor deny the allegations of Paragraph 43 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

44. The Defendant can neither admit nor deny the allegations of Paragraph 44 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

45. The Defendant can neither admit nor deny the allegations of Paragraph 45 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

46. The Defendant can neither admit nor deny the allegations of Paragraph 46 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

47. The Defendant can neither admit nor deny the allegations of Paragraph 47 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

48. The Defendant can neither admit nor deny the allegations of Paragraph 48 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

49. The Defendant can neither admit nor deny the allegations of Paragraph 49 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

50. The Defendant can neither admit nor deny the allegations of Paragraph 50 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

51. The Defendant can neither admit nor deny the allegations of Paragraph 51 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

52. The Defendant can neither admit nor deny the allegations of Paragraph 52 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

53. The Defendant can neither admit nor deny the allegations of Paragraph 53 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

54. The Defendant can neither admit nor deny the allegations of Paragraph 54 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

55. The Defendant can neither admit nor deny the allegations of Paragraph 55 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

56. The Defendant can neither admit nor deny the allegations of Paragraph 56 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

57. The Defendant can neither admit nor deny the allegations of Paragraph 57 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

58. The Defendant can neither admit nor deny the allegations of Paragraph 58 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

59. The Defendant can neither admit nor deny the allegations of Paragraph 59 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

60. The Defendant can neither admit nor deny the allegations of Paragraph 60 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

61. The Defendant can neither admit nor deny the allegations of Paragraph 61 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

62. The Defendant can neither admit nor deny the allegations of Paragraph 62 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

63. The Defendant can neither admit nor deny the allegations of Paragraph 63 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

64. The Defendant can neither admit nor deny the allegations of Paragraph 64 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

65. The Defendant can neither admit nor deny the allegations of Paragraph 65 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

66. The Defendant can neither admit nor deny the allegations of Paragraph 66 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

67. The Defendant can neither admit nor deny the allegations of Paragraph 67 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

68. The Defendant can neither admit nor deny the allegations of Paragraph 68 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

69. The Defendant can neither admit nor deny the allegations of Paragraph 69 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

70. The Defendant can neither admit nor deny the allegations of Paragraph 70 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

71. The Defendant can neither admit nor deny the allegations of Paragraph 71 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

72.  The Defendant can neither admit nor deny the allegations of Paragraph 72 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

73.  The Defendant can neither admit nor deny the allegations of Paragraph 73 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

74.  The Defendant can neither admit nor deny the allegations of Paragraph 74 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

75.  The Defendant can neither admit nor deny the allegations of Paragraph 75 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

76.  The Defendant can neither admit nor deny the allegations of Paragraph 76 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

77.  The Defendant can neither admit nor deny the allegations of Paragraph 77 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

78.  The Defendant can neither admit nor deny the allegations of Paragraph 78 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

79.  The Defendant can neither admit nor deny the allegations of Paragraph 79 of the Complaint because is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

80.  The Defendant denies the allegations of Paragraph 80 of the Complaint.

81.  The Defendant can neither admit nor deny the allegations of Paragraph 81 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

82.  The Defendant can neither admit nor deny the allegations of Paragraph 82 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

83.  The Defendant can neither admit nor deny the allegations of Paragraph 83 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

84.	The Defendant can neither admit nor deny the allegations of Paragraph 84 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

85.	The Defendant can neither admit nor deny the allegations of Paragraph 85 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

86.	The Defendant can neither admit nor deny the allegations of Paragraph 86 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

87.	The Defendant can neither admit nor deny the allegations of Paragraph 87 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

88.	The Defendant can neither admit nor deny the allegations of Paragraph 88 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

89.	The Defendant can neither admit nor deny the allegations of Paragraph 89 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

90.	The Defendant can neither admit nor deny the allegations of Paragraph 90 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

91.	The Defendant can neither admit nor deny the allegations of Paragraph 91 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

92.	The Defendant can neither admit nor deny the allegations of Paragraph 92 the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

93.	The Defendant can neither admit nor deny the allegations of Paragraph 93 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

94.	The Defendant can neither admit nor deny the allegations of Paragraph 94 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

95.    The Defendant can neither admit nor deny the allegations of Paragraph 95 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

96.    The Defendant can neither admit nor deny the allegations of Paragraph 96 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

97.    The Defendant can neither admit nor deny the allegations of Paragraph 97 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

98.    The Defendant can neither admit nor deny the allegations of Paragraph 98 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

DAMAGES

99.    The Defendant can neither admit nor deny the allegations of Paragraph 99 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

100.    The Defendant can neither admit nor deny the allegations of Paragraph 100 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

101.    The Defendant can neither admit nor deny the allegations of Paragraph 101 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

102.    The Defendant can neither admit nor deny the allegations of Paragraph 102 of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

COUNT I: 42 U.S.C. § 1983, FOURTH & FOURTEENTH AMENDMENTS
Grady, Foley, Fitfield

103.    The Defendant incorporates by reference its responses to Paragraphs 1-102.

104.    The Defendant can neither admit nor deny the allegations of Paragraph 104 of Count I of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

105.    The Defendant can neither admit nor deny the allegations of Paragraph 105 of Count I of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

106. The Defendant can neither admit nor deny the allegations of Paragraph 106 of Count I of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

107. The Defendant can neither admit nor deny the allegations of Paragraph 107 of Count I of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

108. The Defendant can neither admit nor deny the allegations of Paragraph 108 of Count I of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

109. The Defendant can neither admit nor deny the allegations of Paragraph 109 of Count I of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

## COUNT II: 42 U.S.C. §1983 FOURTH AMENDMENT & FOURTEENTH AMENDMENTS
### Keyes

110. The Defendant incorporates its responses to Paragraphs 1-109.

111. The Defendant can neither admit nor deny the allegations of Paragraph 111 of Count II of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

112. The Defendant can neither admit nor deny the allegations of Paragraph 112 of Count II of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

113. The Defendant can neither admit nor deny the allegations of Paragraph 113 of Count II of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

114. The Defendant can neither admit nor deny the allegations of Paragraph 114 of Count II of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

115. The Defendant can neither admit nor deny the allegations of Paragraph 115 of Count II of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

## COUNT III: MASSACHUSETTS CIVIL RIGHTS ACT, M.G.L. c. 112 §11IM
### Grady, Foley, Fitfield

116. The Defendant incorporates by reference its responses to Paragraphs

1-115 of this Complaint.

117. The Defendant can neither admit nor deny the allegations of Paragraph 117 of Count III of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

118. The Defendant can neither admit nor deny the allegations of Paragraph 118 of Count III of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

## COUNT IV: ASSAULT AND BATTERY
### Grady, Foley, Fitfield

119. The Defendant incorporates by reference its responses to Paragraphs 1-118.

120. The Defendant can neither admit nor deny the allegations of Paragraph 120 of Count IV of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

121. The Defendant can neither admit nor deny the allegations of Paragraph 121 of Count IV of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

## COUNT V: FALSE IMPRISONMENT
### Grady, Foley, Fitfield

122. The Defendant incorporates by reference its responses to Paragraphs 1-121.

123. The Defendant can neither admit nor deny the allegations of Paragraph 123 of Count V of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

124. The Defendant can neither admit nor deny the allegations of Paragraph 124 of Count V of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

125. The Defendant can neither admit nor deny the allegations of Paragraph 125 of Count V of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

126. The Defendant can neither admit nor deny the allegations of Paragraph 126 of Count V of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

## COUNT VI: MALICIOUS PROSECUTION
Grady, Foley, Fitfield

127. The Defendant incorporates by reference its responses to Paragraphs 1-126.

128 The Defendant can neither admit nor deny the allegations of Paragraph 128 of Count VI of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

129. The Defendant can neither admit nor deny the allegations of Paragraph 129 of Count VI of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

## COUNT VII: 42 U.S.C. §1983, FOURTH AND FOURTEENTH AMENDMENTS
City of Worcester

130. The Defendant incorporates by reference its responses to Paragraphs 1-129.

131. The Defendant can neither admit nor deny the allegations of Paragraph 131 of Count VII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

132. The Defendant can neither admit nor deny the allegations of Paragraph 132 of Count VII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

133. The Defendant can neither admit nor deny the allegations of Paragraph 133 of Count VII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

134. The Defendant can neither admit nor deny the allegations of Paragraph 134 of Count VII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

135. The Defendant can neither admit nor deny the allegations of Paragraph 135 of Count VII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

## COUNT VIII: M.G.L. 12, § 111
Winn management and Officers

136. The Defendant incorporates by reference its responses to Paragraphs 1-135.

137. The Defendant can neither admit nor deny the allegations of Paragraph 137 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

138. The Defendant can neither admit nor deny the allegations of Paragraph 138 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

139. The Defendant can neither admit nor deny the allegations of Paragraph 139 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

140. The Defendant can neither admit nor deny the allegations of Paragraph 140 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

141. The Defendant can neither admit nor deny the allegations of Paragraph 141 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

142. The Defendant can neither admit nor deny the allegations of Paragraph 142 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

143. The Defendant can neither admit nor deny the allegations of Paragraph 143 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

144. The Defendant can neither admit nor deny the allegations of Paragraph 144 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

145. The Defendant can neither admit nor deny the allegations of Paragraph 145 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

146. The Defendant can neither admit nor deny the allegations of Paragraph 146 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

147. The Defendant can neither admit nor deny the allegations of Paragraph 147 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

148. The Defendant can neither admit nor deny the allegations of Paragraph 148 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

149. The Defendant can neither admit nor deny the allegations of Paragraph 149 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

150. The Defendant can neither admit nor deny the allegations of Paragraph 150 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

151. The Defendant can neither admit nor deny the allegations of Paragraph 151 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

152. The Defendant can neither admit nor deny the allegations of Paragraph 152 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

153. The Defendant can neither admit nor deny the allegations of Paragraph 153 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

154. The Defendant can neither admit nor deny the allegations of Paragraph 154 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

155. The Defendant can neither admit nor deny the allegations of Paragraph 155 of Count VIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

### COUNT IX 42: U.S.C. §1983, FOURTH AND FOURTEENTH AMENDMENTS
U.S. Security Associates and Officers

156. The Defendant incorporates by reference its responses to Paragraphs 1-155.

157. The Defendant denies the allegations of Paragraph 157 of Count IX of the Complaint.

### COUNT X: M.G.L. 12, §111

158. The Defendant incorporates by reference its responses to Paragraphs 1-157.

159. The Defendant denies the allegations of Paragraph 159 of Count X of the Complaint.

160. The Defendant can neither admit nor deny the allegations of this paragraph because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

161. The Defendant can neither admit nor deny the allegations of this paragraph because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

162. The Defendant can neither admit nor deny the allegations of this paragraph because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

163. The Defendant can neither admit nor deny the allegations of this paragraph because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

164. The Defendant can neither admit nor deny the allegations of this paragraph because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

165. The Defendant can neither admit nor deny the allegations of this paragraph because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

166. The Defendant denies the allegations of Paragraph 166 of Count X of the Complaint.

167. The allegations contained in this Complaint contain conclusions of law and therefore, no response is required of this Defendant. In the event the Court does require a response to the pleading, the Defendant states that the allegations are denied.

168. The Defendant denies the allegations of Paragraph 168 of Count X of the Complaint.

### COUNT XI: NEGLIGENCE
Winn Management and Officers

169. The Defendant incorporates by reference its responses to Paragraphs 1-168.

170. The Defendant can neither admit nor deny the allegations of Paragraph 170 of Count XI of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

171. The Defendant can neither admit nor deny the allegations of Paragraph 171 of Count XI of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

172. The Defendant can neither admit nor deny the allegations of Paragraph 172 of Count XI of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

173. The Defendant can neither admit nor deny the allegations of Paragraph 173 of Count XI of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

174. The Defendant can neither admit nor deny the allegations of Paragraph 174 of Count XI of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

175. The Defendant denies the allegations of Paragraph 175 of Count XI of the Complaint.

## COUNT XII: NEGLIGENCE
### U.S. Security Associates and Officers

176. The Defendant incorporates by reference its responses to Paragraphs 1-175.

177. The Defendant can neither admit nor deny the allegations of Paragraph 177 of Count XII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

178. The Defendant can neither admit nor deny the allegations of Paragraph 178 of Count XII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

179. The Defendant can neither admit nor deny the allegations of Paragraph 179 of Count XII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

180. The Defendant denies the allegations of Paragraph 181 of Count XII of the Complaint.

181. The Defendant denies the allegations of Paragraph 181 of Count XII of the Complaint.

182. The Defendant denies the allegations of Paragraph 182 of Count XII of the Complaint.

## COUNT XIII: NEGLIGENCE
City of Worcester

183. The Defendant incorporates by reference its responses to Paragraphs 1-182.

184. The Defendant can neither admit nor deny the allegations of Paragraph 184 of Count XIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

185. The Defendant can neither admit nor deny the allegations of Paragraph 185 of Count XIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

186. The Defendant can neither admit nor deny the allegations of Paragraph 186 of Count XIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

187. The Defendant can neither admit nor deny the allegations of Paragraph 187 of Count XIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

188. The Defendant can neither admit nor deny the allegations of Paragraph 188 of Count XIII of the Complaint because it is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

189. The Defendant denies the allegations of Paragraph 189 of Count XIII of the Complaint.

## COUNT XIV: SPOLIATION OF EVIDENCE
Fitfield, Winn Management, U.S. Security Associates

190. The Defendant incorporates by reference its responses to Paragraphs 1-189.

191. The Defendant denies the allegations of Paragraph 191 of Count XIV of the Complaint.

192. The Defendant denies the allegations of Paragraph 192 of Count XIV of the Complaint.

WHEREFORE, the Defendant demands that the Complaint be dismissed and that judgment enter thereon for Defendant, together with costs.

THE DEFENDANT DEMANDS A TRIAL BY JURY AS TO ALL ISSUES AND CLAIMS.

## AFFIRMATIVE DEFENSES

First Affirmative Defense:

The Defendant states that plaintiff has failed to state a claim upon which relief can be granted.

Second Affirmative Defense:

The Defendant states that the injuries and damages allegedly sustained by the plaintiff were not caused by a person or persons for whose conduct the Defendant is legally responsible.

Third Affirmative Defense:

The Defendant states that the injuries and damages allegedly sustained by the plaintiff were caused in whole or in part by Plaintiff's negligence which was greater than defendant's negligence if any, and hence plaintiff is barred from recovery.

Fourth Affirmative Defense:

The Defendant states that if the plaintiff's negligence is less than the negligence of the defendant then any recovery by the plaintiff shall be reduced by the degree of Plaintiff's negligence.

Fifth Affirmative Defense:

The Defendant states that the injuries and damage allegedly sustained by the Plaintiff were caused in whole or in part by the negligent, intentional, reckless, willful and/or wanton conduct of plaintiff himself and hence plaintiff is barred from recovery.

Sixth Affirmative Defense:

The Defendant states that the defendant is immune from liability in this action pursuant to MGL ch. 258 §10 (a)(b)(c).

Seventh Affirmative Defense:

The Defendant states that the Defendant and its agents acted in compliance with all applicable statutes, ordinances and regulations.

Eighth Affirmative Defense:

The Defendant states that at all times the Defendant and its agents, servants, and employees acted in good faith and in a reasonable manner and is entitled to Qualified Immunity.

Ninth Affirmative Defense:

The Defendant, agents, servants, and employees used no more force, if any, than was necessary and was privileged and justified in his/their conduct.

Tenth Affirmative Defense:

The Defendant, agents, servants, and employees acted upon probable cause based upon reasonable grounds that the circumstances justified his/their conduct.

Eleventh Affirmative Defense:

The Complaint fails to state a claim upon which relief can be granted pursuant to 42 United States Code (section) 1983 because it fails to show any factual connection between alleged unconstitutional custom, policy practice of the Defendant and the violation of Plaintiff's constitutional rights.

Twelfth Affirmative Defense:

The Plaintiff has failed to file his claim within the applicable statute of limitations.

Thirteenth Affirmative Defense:

This Court lacks personal jurisdiction over the Defendant.

Fourteenth Affirmative Defense:

This Complaint must be dismissed due to insufficiency of Process.

Fifteenth Affirmative Defense:

The Complaint must be dismissed due to an insufficiency of service of process.

WHEREFORE, the Defendant, hereby requests this Honorable Court dismiss Plaintiff's Complaint with prejudice, all costs and Attorney's fees to be paid by the Plaintiff.

By its attorney,

Michael J. Mascis
B.B.O. No. 541772
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4624

## CERTIFICATE OF SERVICE

I, Michael J. Mascis, attorney for the Defendant, U.S. Security Associates, Inc., in the above-entitled action, hereby certify that on the 28th day of November, 2005, I mailed a copy of the within Answer to Complaint, postage prepaid, to:

Hector E. Pineiro, Esquire
807 Main Street
Worcester, MA  01610

Michael J. Mascis
B.B.O. No.  541772
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4624