USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JOSE HERRERA BETANCOURT | COURT CASE NUMBER<br>05-40154 FDS |
|---|---|
| DEFENDANT<br>KEVIN FIFIELD | TYPE OF PROCESS<br>SUMMONS/CIVIL SUIT |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  KEVIN W. FIFIELD
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  22 Prospect Avenue, Dudley, MA 01571

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert A. Scott, Esq.
Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA 01610

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please contact me, Robert Scott, at the number below with any questions.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 508-770-0600
DATE: 12/13/05

RECEIVED U.S. MARSHALS SVC WORCESTER 2005 DEC 19

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 038 | No. 038 | Ruth E. May | 12-19-2005 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 1/5/05   Time: 8:45 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $17.80 | | $62.80 | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| JOSE HERRERA BETANCOURT<br><br>V.<br><br>JOHN L. GRADY, MICHAEL FOLEY<br>PAUL KEYES, THE CITY OF<br>WORCESTER – A MUNICIPAL<br>CORPORATION, KEVIN FIFIELD,<br>U.S. SECURITY ASSOCIATES, INC.<br>WINN MANAGEMENT, INC. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>**05-40154 FDS** |

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hector E. Pineiro, Esq.
807 Main Street
Worcester, MA 01610
Tel.: (508) 770-0600

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              9/6/05
_____     _____
CLERK                                                                   DATE

_Kathleen Hassett_
(By) DEPUTY CLERK