AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

DOCKETED

JOSE HERRERA BETANCOURT

V.

JOHN L. GRADY, MICHAEL FOLEY
PAUL KEYES, THE CITY OF
WORCESTER – A MUNICIPAL
CORPORATION, KEVIN FIFIELD,
U.S. SECURITY ASSOCIATES, INC.
WINN MANAGEMENT, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40154 FDS**

TO: (Name and address of Defendant)

U.S. Security Associates Inc.
served at: CT Corporation Systems
101 Federal Street
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hector E. Pineiro, Esq.
807 Main Street
Worcester, MA 01610
Tel.: (508) 770-0600

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              9/6/05
_____                      _____
CLERK                                          DATE

(By) DEPUTY CLERK

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>JOSE HERRERA BETANCOURT | COURT CASE NUMBER<br>05-40154 FDS |
|---|---|
| DEFENDANT<br>U.S. SECURITY ASSOCIATES, INC. | TYPE OF PROCESS<br>SUMMONS/CIVIL SUIT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CT CORPORATION SYSTEMS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 FEDERAL STREET, BOSTON, MA 02110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA 01610

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please contact me, Robert Scott, at the number below with any questions.

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 508-770-0600
DATE: 12/9/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 038 | District to Serve<br>No. 038 | Signature of Authorized USMS Deputy or Clerk<br>Ruth E May | Date<br>12/13/05 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Yvette Concepcion/Service of Process Specialist

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 01-10-06    Time: 11:11 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>45.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00