UNITED STATES OF AMERICA

WORCESTER, SS                                    U.S. DISTRICT COURT
                                                 DISTRICT OF MASSACHUSETTS
                                                 CIVIL ACTION NO. 05-40154 FDS

JOSE HERRERA BETANCOURT,       )
    Plaintiff                  )
                               )
v.                             )
                               )
JOHN J. GRADY, MICHAEL FOLEY,  )
PAUL KEYES, THE CITY OF        )
WORCESTER – A MUNICIPAL        )
CORPORATION, KEVIN FIFIELD,    )
U.S. SECURITY ASSOCIATES, INC.,)
WINN MANAGEMENT, INC.,         )
    Defendants                 )

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Now come the plaintiff and the defendants Kevin Fifield and U.S. Security Associates and they respectfully move this Honorable Court continue the scheduling conference presently scheduled for January 30, 2006. As reason therefore they state that all of the seven defendants have been served with the summons and complaint, but answer and appearance of counsel have been entered for two defendants named herein who have joined this motion. The Docket shows that some parties were served as late as January 20, 2006.

It appearing that the purposes of the Court will be furthered if all parties are present for the conference, the plaintiff respectfully requests the Court for continuance to such date as the Court sees fit to assign for a rescheduled conference after all parties have had opportunity to appear.

WHEREFORE, the plaintiff and the defendants Kevin Fifield and U.S. Security Associates request that this motion be allowed.

Respectfully submitted:

Plaintiff, by his attorneys,

/S/ *Robert A. Scott*
Hector E. Pineiro, Esquire BBO#555315
Robert A. Scott, Esquire BBO#648740
807 Main Street
Worcester, MA 01610
(508) 770-0600

Defendants Kevin Fifield and
U.S. Security Associates,
By their attorney,

/S/ *Michael J. Mascis*
Michael J. Mascis  BBO # 541772
Law Offices of Jacqueline L. Allen
262 Wathington Street, Suite 601
Boston, MA 02108
617-878-4624

DATED: January 27, 2006

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on January 27, 2006.

/S/ *Robert A. Scott*