


**CITY OF WORCESTER**
LAW DEPARTMENT
CITY HALL, ROOM 301
WORCESTER, MASSACHUSETTS 01608

DAVID M. MOORE
CITY SOLICITOR

TELEPHONE
(508) 799-1161

FACSIMILE NUMBER
(508) 799-1163

FILED
IN CLERKS OFFICE

2006 FEB 13  P 12:22

February 9, 2006

by facsimile only: 508-770-1300

Robert A. Scott, Esquire
807 Main Street
Worcester, MA  01610

Re:  Jose Herrera Betancourt v. John L. Grady, et al.
     U.S. District Court C.A. No. 05-40154FDS

Dear Mr. Scott:

   This letter will confirm that you have allowed the City defendants up to the end of the business day on Monday, February 13, 2006 to answer Plaintiff's Complaint in the above-captioned matter.

   Thank you.

                                   Very truly yours,

                                   Janet J. McGuiggan
                                   Assistant City Solicitor

cc:  Michael J. Mascis, Esquire; fax: 617-878-4650
     Clerk, United States District Court

E-MAIL: law@ci.worcester.ma.us