UNITED STATES OF AMERICA

WORCESTER, SS.                           U.S. DISTRICT COURT
                                         DISTRICT OF MASSACHUSETTS
                                         CIVIL ACTION NO. 05-40154FDS

---

JOSE HERRERA BETANCOURT,            )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
JOHN J. GRADY, MICHAEL FOLEY,       )
PAUL KEYS, THE CITY OF WORCESTER,   )
A MUNICIPAL CORPORATION, KEVIN      )
FIFIELD, US SECURITY ASSOCIATES,    )
INC., WINN MANAGEMENT, INC.,        )
    Defendants                      )
---                                 )

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Defendant, Winn Management, Inc., in the above-entitled action.

Respectfully submitted,

Thomas M. Franco
BBO# 550596
Long & Leahy
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777

DATE: 2/22/06