UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. O5CV40154-FDS

```
JOSE HERRERA BETANCOURT,    )
        Plaintiff           )
                            )
v.                          )
                            )
JOHN J. GRADY, MICHAEL      )
FOLEY, PAUL KEYES, THE      )
CITY OF WORCESTER - A       )
MUNICIPAL CORPORATION,      )
KEVIN FIFIELD, U.S.         )
SECURITY ASSOCIATES, INC.,  )
WINN MANAGEMENT, INC.,      )
        Defendants          )
```

RULE 16.1(D)(3) CERTIFICATE

    Defendant John J. Grady hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

John J. Grady
By His Attorneys,

David M. Moore
City Solicitor

/s/ Janet J. McGuiggan                       /s/ John J. Grady
Janet J. McGuiggan (BBO#630013)         John J. Grady
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161