```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                              NO. O5CV40154-FDS

JOSE HERRERA BETANCOURT,   )
        Plaintiff          )
                           )
v.                         )
                           )
JOHN J. GRADY, MICHAEL     )
FOLEY, PAUL KEYES, THE     )
CITY OF WORCESTER - A      )
MUNICIPAL CORPORATION,     )
KEVIN FIFIELD, U.S.        )
SECURITY ASSOCIATES, INC.,)
WINN MANAGEMENT, INC.,     )
        Defendants         )
```

## RULE 16.1(D)(3) CERTIFICATE

Defendant City of Worcester hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

   (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

   (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

CITY OF WORCESTER
By its Attorneys,

David M. Moore
City Solicitor


/s/ Janet J. McGuiggan                    /s/ Michael V. O'Brien
Janet J. McGuiggan (BBO#630013)           Michael V. O'Brien
Assistant City Solicitor                  City Manager
City Hall – Room 301                      City of Worcester
455 Main Street
Worcester, MA 01608
(508) 799-1161