UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF :                                          Case: 05-40154 FDS

JOSE HERRERA BETANCOURT
    Plaintiff                                          )
                                                         )
  v.                                                           )
                                                         )
                                                         )
JOHN J. GRADY, MICHAEL FOLEY,                                )
PAUL KEYS, THE CITY OF WORCESTER                             )
A MUNICIPAL CORPORATION, KEVIN                               )
KEVIN FIFIELD, US SECURITY ASSOCIATES,                       )
INC., & WINN MANAGEMENT, INC.,                               )
    Defendants                                         )

**<u>Plaintiff Jose Herrera Betancourt Rule 16.1(D)(3) Certificate</u>**

    Plaintiff, Jose Betancourt Herrera hereby submits, pursuant to L.R. Rule 16.1 (D)(3), his certificate that he and his counsel have conferred:

a)    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b)    to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4:

                                                Respectfully submitted,
                                                The plaintiff Jose Herrera Betancourt
                                                By his attorneys,

                                                <u>/s/ *Robert A. Scott*</u>
                                                Hector E. Pineiro, BBO # 555315
                                                Robert A. Scott, BBO # 648740
                                                807 Main Street
                                                Worcester, MA 01610
                                                Tel. (508) 770-0600

<u>Certificate of Service</u>

      I, Hector E. Pineiro certify that this document field through the ECF system on February 27, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 27, 2006.

<u>/s/ *Robert A. Scott*</u>