UNITED STATES OF AMERICA

WORCESTER, SS.                          U.S. DISTRICT COURT
                                        DISTRICT OF MASSACHUSETTS
                                        CIVIL ACTION NO. 05-40154FDS

|  |  |
|---|---|
| JOSE HERRERA BETANCOURT,<br>    Plaintiff<br><br>v.<br><br>JOHN J. GRADY, MICHAEL FOLEY,<br>PAUL KEYS, THE CITY OF WORCESTER,<br>A MUNICIPAL CORPORATION, KEVIN<br>FIFIELD, US SECURITY ASSOCIATES,<br>INC., WINN MANAGEMENT, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION

Defendant, Winn Management, Inc., hereby submits, pursuant to L.R. Rule 16.1 (D)(3), its certificate that Defendant, Winn Management, Inc., and its counsel have conferred:

(a) with a view toward establishing a budget for the costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

I hereby certify that a true copy of the above document was filed through the ECF system on February 28, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2006.

Respectfully submitted,
The Defendant, Winn
Management, Inc.,
By its attorney,

_____
Thomas M. Franco
BBO# 550596
Long & Leahy
100 Summer Street,
11th Floor
Boston, MA  02110
Telephone (617) 439-4777