COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                             UNITED STATES DISTRICT COURT
                                           CIVIL NO.2005-40154FDS

JOSE HERRERA BETANCOURT,            )
    Plaintiff                       )
                                    )
V.                                  )
                                    )
                                    )
JOHN J. GRADY, MICHAEL FOLEY,       )
PAUL KEYES,THE CITY OF WORCESTER –  )
A MUNICIPAL CORPORATION, KEVIN FIFIELD, )
U.S. SECURITY ASSOCIATES, INC.,     )
WINN MANAGEMENT, INC.,              )
Defendants                          )

## RULE 16.1(D)(3) CERTIFICATE

Defendant U.S. Security Associates, Inc. hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

By its attorney,

/s/ Michael J. Mascis
Michael J. Mascis
B.B.O. No. 541772
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4624

## CERTIFICATE OF SERVICE

I, Michael J. Mascis, attorney for the Defendant, U.S. Security Associates, Inc., in the above-entitled action, hereby certify that on the 28th day of February, 2006, I filed and sent a copy of the within Certificate of Consultation via EFT to:

Hector E. Pineiro, Esquire
807 Main Street
Worcester, MA  01610

Janet McGuiggan, Esquire
City of Worcester Law Department
City Hall
Worcester, MA 01060


/s/ Michael J. Mascis
Michael J. Mascis
B.B.O. No. 541772
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4624