COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                              UNITED STATES DISTRICT COURT

JOSE HERRERA BETANCOURT,  )
    Plaintiff                                     )
                                                    )
V.                                               )  CIVIL NO. 2005-40154 FDS
                                                    )
JOHN J. GRADY, et als.,              )
    Defendants                             )

**ASSENTED TO MOTION OF THE DEFENDANT, Kevin Fifield,**
**TO CONDUCT THE DEPOSITION OF THE PLAINTIFF IN PRISON PURSUANT TO**
**FED. R. CIV. P. 30(a)(2)**

The Defendant, Kevin Fifield, moves the Court to order that the Worcester House of Correction allow the parties the opportunity to depose the Plaintiff on 11/21/06 pursuant to Fed.R.Civ.P.30(a)(2), for the following reasons:

1. Discovery in this case ends on 11/30/06, and the Plaintiff continues to be incarcerated in the Worcester House of Correction, making him unavailable for deposition in the usual course of discovery.

2. The Defendant will suffer prejudice to his defense if he loses the opportunity to depose the plaintiff.

3. At the Pre-Trial Conference in this case, the Court instructed the parties that all discovery, including the deposition of the incarcerated Plaintiff be completed by 11/30/06.

4. The Plaintiff's counsel has suggested the date of 11/21/06 for this deposition, and the Defendant is prepared to conduct the deposition on that date at the Worcester House of Correction.

5. Counsel for all parties assent to this motion.

6.  The Defendant attaches a proposed order for the Court to sign.

| For the Defendant, Kevin Fifield, | Assented to by the Plaintiff, |
|---|---|
| **/s/ Michael J. Mascis**<br>Michael J. Mascis<br>B.B.O. No. 541772<br>Law Offices of Jacqueline L. Allen<br>One Liberty Square, 12th Floor<br>Boston, MA 02109<br>617-878-4624 | **/s/ Robert A. Scott**<br>Robert A. Scott, Esquire<br>B.B.O. No. 648740<br>Law Offices of Hector Pinero<br>807 Main Street<br>Worcester, MA 01610<br>508-770-0600 |
| Assented to by the Co-Defendants,<br>City of Worcester, | Assented to by the Co-Defendants,<br>Winn Management, |
| **/s/Janet J. McGuiggan**<br>Janet J. McGuiggan, Esquire<br>City Hall, Room 301<br>455 Main Street<br>Worcester, MA 01608 | **/s/Thomas M. Franco**<br>Thomas M. Franco, Esquire<br>Long & Leahy<br>100 Summer Street, 11th Floor<br>Boston, MA 02110 |

### CERTIFICATE OF SERVICE

I, Michael J. Mascis, attorney for the Defendant, U.S. Security Associates, Inc., in the above-entitled action, hereby certify that on the 3rd day of November, 2006, I e-mailed and mailed via postage prepaid, a copy of the within Motion to Order Deposition, to:

Hector E. Pineiro, Esquire
807 Main Street
Worcester, MA 01610

Thomas M. Franco, Esquire
Long & Leahy
100 Summer Street, 11th Floor
Boston, MA 02110

David M. Moore, Esquire
City Hall, Room 301
455 Main Street
Worcester, MA 01608

/s/ Michael J. Mascis
_____
Michael J. Mascis
B.B.O. No. 541772

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                    UNITED STATES DISTRICT COURT

JOSE HERRERA BETANCOURT,    )
    Plaintiff                                      )
                                                        )
V.                                                        )  CIVIL NO. 2005-40154 FDS
                                                        )
JOHN J. GRADY, et als.,                    )
    Defendants                                 )

## ORDER

The Court hereby orders that the parties shall be allowed to conduct the deposition of the Plaintiff during the Plaintiff's incarceration in the Worcester House of Correction pursuant to Fed.R.Civ.P. 30(a)(2), provided:

1. There is no objection by the administrators of the Worcester House of Correction to the parties conducting the deposition of the Plaintiff upon the premises of the prison.

2. The parties cooperate with the requirements of the Worcester House of Correction for conducting a deposition upon the premises of the prison.

2. The defendants who participate in the deposition will equally share all costs of conducting such a deposition upon the premises of the prison.

So ordered,

_____          _____

Magistrate, U.S. District Court                          Date