COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                    UNITED STATES DISTRICT COURT

JOSE HERRERA BETANCOURT,        )
    Plaintiff                                     )
                                                            )
V.                                                        ) CIVIL NO. 2005-40154 FDS
                                                            )
JOHN J. GRADY, et als.,                    )
    Defendants                              )

### ORDER

The Court hereby orders that the parties shall be allowed to conduct the deposition of the Plaintiff during the Plaintiff's incarceration in the Worcester House of Correction pursuant to Fed.R.Civ.P. 30(a)(2), provided:

1. There is no objection by the administrators of the Worcester House of Correction to the parties conducting the deposition of the Plaintiff upon the premises of the prison.

2. The parties cooperate with the requirements of the Worcester House of Correction for conducting a deposition upon the premises of the prison.

2. The defendants who participate in the deposition will equally share all costs of conducting such a deposition upon the premises of the prison.

So ordered,

_____                    _11.7.06_____
Magistrate, U.S. District Court                    Date