UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF :                                    Case: 05-40154 FDS

JOSE HERRERA BETANCOURT
    Plaintiff                                              )
                                                     )
    v.                                                          )
                                                     )
                                                     )
JOHN J. GRADY, MICHAEL FOLEY,                         )
PAUL KEYS, THE CITY OF WORCESTER                      )
A MUNICIPAL CORPORATION, KEVIN                        )
KEVIN FIFIELD, US SECURITY ASSOCIATES,                )
INC., & WINN MANAGEMENT, INC.,                        )
    Defendants                                             )

## NOTICE OF APPEARANCE

       To the Clerk of the Above-named Court and all parties and their attorneys of record, please take notice that Robert H. Beadel hereby appears as co-counsel on behalf of the Plaintiff in the above-referenced matter.

                                                                       /s/ Robert H. Beadel
                                                                       _____
                                                                       Robert H. Beadel, Esquire
                                                                       Law Office of Hector Pineiro
                                                                       807 Main Street
                                                                       Worcester, MA 01610
                                                                       (617) 770-0600
                                                                       BBO No. 632447

Dated: 11/28/06