UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case: 05-40154 FDS

| | |
|---|---|
| JOSE HERRERA BETANCOURT<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>)<br>) |
| JOHN J. GRADY, MICHAEL FOLEY,<br>PAUL KEYS, THE CITY OF WORCESTER<br>A MUNICIPAL CORPORATION, KEVIN<br>KEVIN FIFIELD, US SECURITY ASSOCIATES,<br>INC., & WINN MANAGEMENT, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

**Plaintiff's Motion to Withdraw Motoin per Fed. R.Civ. P., 45 (e) to Compel Deposition Testimony of Former Chief of Police Gerald J. Vizzo and opposition to City of Worcester & Rule 37 (d), to Compel Deposition Testimony of Former Worcester Chief of Police Gerald J. Vizzo and/or in the alternative to reserve the right to file a future motion for sanctions**

Now comes the plaintiff and respectfully moves this Honorable Court for leave to withdraw his motion filed with the Court on November 28, 2006 (Document 34).

In support thereof, plaintiff states, that on Friday December 22, 2006 plaintiff took the deposition of Mr. Vizzo and the motion is now moot.  Plaintiff did not withdraw the pending motion as a result of inadvertence following Mr. Vizzo's deposition.  As soon as the City of Worcester filed their cross motion for sanctions, plaintiff's counsel called Attorney McGuiggan and left two messages to inform her that the plaintiff's motion would be withdrawn but did not hear from her.  Finally, Attorney McGuiggan did not confer with this office prior to her filing of the City's cross motion for sanctions in an effort to resolve this matter informally.

**Conclusion**

Wherefore, the plaintiff respectfully withdraws his motion to compel Chief Vizzo and respectfully requests that the City's cross motion for sanctions be denied.

Respectfully submitted,
Plaintiff Jose Herrera Betancourt
By his attorneys,

/s/ Robert A. Scott
_____

Hector E. Pineiro, BBO # 555315
Robert A. Scott, BBO # 555315
807 Main Street
Worcester, MA 01610
Tel. (508) 770-0600
Telefax (508) 770-1300

Dated: December 28, 2006

Certificate of service

I, Hector E. Pineiro, do hereby certify that on this 28th day of December 2006, I filed with the Court the within motion through the Court's electronic filing system (ECF) and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Robert A. Scott