UNITED STATES OF AMERICA

WORCESTER, SS.                      U.S. DISTRICT COURT
                                    DISTRICT OF MASSACHUSETTS
                                    CIVIL ACTION NO. 05-40154FDS

| | |
|---|---|
| JOSE HERRERA BETANCOURT,<br>    Plaintiff<br><br>v.<br><br>JOHN J. GRADY, MICHAEL FOLEY,<br>PAUL KEYS, THE CITY OF WORCESTER,<br>A MUNICIPAL CORPORATION, KEVIN<br>FIFIELD, US SECURITY ASSOCIATES,<br>INC., WINN MANAGED PROPERTIES LLC<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIAL STIPULATION OF DISMISSAL

THE PARTIES TO THE ABOVE-ENTITLED ACTION, PURSUANT TO THE PROVISIONS OF FED. R. CIV. P. 41 (a) (1) (ii), HEREBY STIPULATE THAT SAID ACTION BE DISMISSED, AS TO WINN MANAGED PROPERTIES, LLC, US SECURITY ASSOCIATES, INC., AND KEVIN FIFIELD ONLY, WITH PREJUDICE AND WITHOUT COSTS. THE REMAINING CLAIMS AGAINST JOHN J. GRADY, MICHAEL FOLEY, PAUL KEYS, AND THE CITY OF WORCESTER ARE STILL PENDING AND ARE UNAFFECTED BY THIS STIPULATION OF DISMISSAL.

| | |
|---|---|
| The Plaintiff,<br>Jose Betancourt,<br>By his Attorney, | The Defendant,<br>Winn Managed Properties,<br>By its Attorney, |
| /s/ Hector E. Pineiro<br>Hector E. Pineiro, Esq.<br>807 Main Street<br>Worcester, MA 01610 | /s/ Thomas M. Franco<br>Thomas M. Franco, Esq.<br>Long & Leahy<br>100 Summer Street<br>11th FL<br>Boston, MA 02110 |

| | |
|---|---|
| The Defendants,<br>John J. Grady, Michael Foley<br>Paul Keyes, The City of Worcester<br>By their Attorney, | The Defendants,<br>Kevin Fifield, U.S.<br>Security Assoc., Inc.<br>By their Attorney, |
| /s/ Janet J. McGuiggan<br>Janet J. McGuiggan<br>Assistant City Solicitor<br>City Hall-Room 301<br>455 Main Street<br>Worcester, MA 01608 | /s/ Michael J. Mascis<br>Michael J. Mascis, Esq.<br>Law Offices of Jacqueline<br>L. Allen<br>Suite 601<br>262 Washington Street<br>Boston, MA 02108 |

I hereby certify that a true copy of the above document was filed through the ECF system on January 18, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 18, 2007.

/s/ Thomas M. Franco

Thomas M. Franco, Esq.
Long & Leahy
100 Summer Street
11th FL
Boston, MA 02110