UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE HERRERA BETANCOURT,         )<br>          Plaintiff                                  )<br>                                                       )<br>v.                                                    )<br>                                                       )          NO. 05-40154-FDS<br>JOHN J. GRADY, MICHAEL FOLEY, )<br>PAUL KEYES, and                            )<br>CITY OF WORCESTER,                   )<br>          Defendants                              )         | |

MOTION TO IMPOUND EXHIBITS C AND D
TO DEFENDANTS' CROSS-MOTION
FOR SANCTIONS

Defendants John J. Grady, Michael Foley, Paul Keyes and the City of Worcester ("the Defendants") hereby request, pursuant to Local Rule 7.2, that Exhibits C and D to Defendants' Cross-Motion for Sanctions be impounded. As grounds for this Motion, Defendants state that Exhibits C and D contain unredacted documents of a sensitive nature, the disclosure of which would infringe upon the privacy and privilege interests of the individuals named therein. As further grounds for this motion, Defendants state that the sensitive documents are the subject of protective orders in another lawsuit, and the orders preclude production and dissemination outside of that lawsuit. Copies of the operative protective orders are contained within Exhibit C.

Defendants further request that, once this Court rules on Defendants' Cross-Motion for Sanctions, the impounded documents be permitted to be retrieved immediately by counsel for the Defendants, as the documents are only relevant to the Motion for Sanctions and are not otherwise related to the present action.

WHEREFORE, Defendants respectfully request that Exhibits C and D be impounded until such time as this Court rules on Defendants' Cross-Motion for Sanctions. Defendants further request that the documents be permitted to be retrieved by counsel for Defendants immediately following this Court's ruling.

        DEFENDANTS JOHN J. GRADY,
        MICHAEL FOLEY, PAUL KEYES,
        And CITY OF WORCESTER,

        By their attorneys,

        David M. Moore
        City Solicitor

        /s/ Janet J. McGuiggan
        Assistant City Solicitor
        City Hall, Room 301
        455 Main Street
        Worcester, MA 01610
        (508) 799-1161

## CERTIFICATE OF SERVICE

I, Janet J. McGuiggan, hereby certify that, on this 25th day of May, 2007, the within Motion to Impound Exhibits C and D to Defendants' Cross-Motion for Sanctions was served upon Plaintiff via electronic notification to counsel for Plaintiff, Hector Pineiro, Esq. through this Court's electronic filing system (ECF).

        /s/ Janet J. McGuiggan