UNITED STATES OF AMERICA

| | |
|---|---|
| WORCESTER, SS. | U.S. DISTRICT COURT |
| | DISTRICT OF MASSACHUSETTS |
| | Civil Action No. 05-40154 FDS |

JOSE HERRERA BETANCOURT     )
    Plaintiff     )
         )
v.     )
         )
JOHN J. GRADY, MICHAEL FOLEY,     )
PAUL KEYES, THE CITY OF     )
WORCESTER - A MUNICIPAL     )
CORPORATION, KEVIN FIFIELD,     )
U.S. SECURITY ASSOCIATES, INC., and     )
WINN MANAGED PROPERTIES LLC     )
    Defendants     )
         )

**PLAINTIFF'S MOTION TO IMPOUND DOCUMENT [41], MEMORANDUM IN SUPPORT RE [40] MOTION TO COMPEL PRODUCTION OF DOCUMENTS, AND EXHIBIT 4 THERETO**

Now comes the plaintiff and he respectfully requests this Honorable Court pursuant to Local Rule 7.2 (d) for leave to bring this motion for impoundment after filing of the material in question, and he further requests the Court impound Document 40, Plaintiff's Memorandum of Law in Support of Motion to Compel Production of Documents by the Defendant City of Worcester and Exhibit 4 thereto, and expunge the said memorandum and Exhibit 4 from the PACER system to the degree necessary to make them unavailable to the public.[1]  In further support thereof he states as follows:

Plaintiff requests the proposed impoundments be maintained until the Court has opportunity to rule on a Motion for Protective Order the defendant City of Worcester and/or its employee defendants represented by the City's counsel are expected to file.  The materials

---

[1] If for any reason it is impractical to impound and expunge from PACER the memorandum with Exhibit 4 only, plaintiff requests that the memorandum and its exhibits, 1 through 4, be so impounded and expunged from PACER.

1

requested to be impounded include psychological and disciplinary information regarding one or more individuals and also police investigative information. Plaintiff's counsel believe the Court may find all or some portions of this material should be made subject to protective order removing it from access by the public and/or making other provisions as to its use in this action and disposition thereafter. Plaintiff will propose custody arrangements for post-impoundment in his response to the anticipated motion for protective order.

The plaintiff requests leave to bring this motion after filing of the material at issue so that the confidentiality of the material may be preserved until the Court has opportunity to dispose of any motion for protective order. He respectfully requests the Court allow and act on the motion as expeditiously as is practical.

>Respectfully submitted,
>Plaintiff, by his attorneys,
>
>/s/ *Robert A. Scott*
>Hector E. Pineiro, Esquire BBO#555315
>Robert A. Scott, Esquire BBO#648740
>807 Main Street
>Worcester, MA 01610
>(508) 770-0600

DATED: May 25, 2007

>/s/ *Robert A. Scott*_____

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on May 25, 2007.

>/s/ *Robert A. Scott*

2