UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE HERRERA BETANCOURT,<br>  Plaintiff | )<br>)<br>) |
| v. | )<br>) NO. 05-40154-FDS |
| JOHN J. GRADY, MICHAEL FOLEY,<br>PAUL KEYES, and<br>CITY OF WORCESTER,<br>  Defendants | )<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

 Please enter my appearance in the above-captioned case as attorney for Defendants.

        DEFENDANTS JOHN J. GRADY,
        MICHAEL FOLEY, PAUL KEYES and
        CITY OF WORCESTER,

        By their attorneys,

        David M. Moore
        City Solicitor

        /s/ Wendy L. Quinn
        Wendy L. Quinn (BBO#653954)
        Assistant City Solicitor
        City Hall, Room 301
        455 Main Street
        Worcester, MA 01608
        (508) 799-1161

CERTIFICATE OF SERVICE

    I, Wendy L. Quinn, hereby certify that, on this 29th day of May, 2007, the within Notice of Appearance was served upon Plaintiff via electronic notification to counsel for Plaintiff, Hector Pineiro, Esq. through this Court's electronic filing system (ECF).

    /s/ Wendy L. Quinn
    Wendy L. Quinn
    Assistant City Solicitor