UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE HERRERA BETANCOURT,    )<br>       Plaintiff                 )<br>                                )<br>v.                                 )<br>                                )    NO. 05-40154-FDS<br>JOHN J. GRADY, MICHAEL FOLEY, )<br>PAUL KEYES, and                    )<br>CITY OF WORCESTER,               )<br>       Defendants               ) | |

DEFENDANTS' RESPONSE JOINING PLAINTIFF'S REQUEST TO SEAL DOCUMENT #41 AND EXHIBIT #4
------

      Defendants, John J. Grady, Michael Foley, Paul Keyes, and City of Worcester, hereby respond to Plaintiff's Motion to Seal Document 41, filed on May 25, 2007, joining in the request to seal and impound document 41 and its attached exhibit 4. Plaintiff filed the Motion to Seal Document #41 and Exhibit #4 in response to Defendants' Motion for Sanctions for the release of certain documents and information in this case, which included the information Plaintiff attached in exhibit 4. Plaintiff failed to comply with the conference requirement of Local Rule 7.1(A)(2) prior to filing the Motion to Seal Document #41 and Exhibit #4, and, thus, Defendants were not given the opportunity to confer with Plaintiff to draft a motion which they could join. However, in the event that this response from Defendants will enable the court to seal these documents

more quickly, Defendants hereby indicate their joint request to seal and impound document 41 and exhibit 4.

DEFENDANTS JOHN GRADY,
MICHAEL FOLEY, PAUL KEYES and
CITY OF WORCESTER,

By their attorneys,

David M. Moore
City Solicitor


/s/ Wendy L. Quinn
Wendy L. Quinn (BBO#653954)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

## CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that I have served upon all parties of record the within Defendants' Response Joining Plaintiff's Request to Seal Document #41 and Exhibit #4 via this Court's electronic filing system (ECF) on June 1, 2007.

/s/ Wendy L. Quinn

2