UNITED STATES OF AMERICA

WORCESTER, SS                                        U.S. DISTRICT COURT
                                                    DISTRICT OF MASSACHUSETTS
                                                    CIVIL ACTION NO. 05-40154 FDS

| | |
|---|---|
| JOSE HERRERA BETANCOURT, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN J. GRADY, MICHAEL FOLEY, | ) |
| PAUL KEYES, THE CITY OF | ) |
| WORCESTER – A MUNICIPAL | ) |
| CORPORATION, KEVIN FIFIELD, | ) |
| U.S. SECURITY ASSOCIATES, INC., | ) |
| WINN MANAGEMENT, INC., | ) |
|     Defendants | ) |

**JOINT MOTION TO CONTINUE FINAL PRE-TRIAL CONFERENCE**

Now come all parties to this action and they jointly request this Honorable Court to

continue the final pretrial conference, presently scheduled for August 2, 2007, at 10 a.m. until

after disposition of plaintiff's motion to compel production of documents, now pending.

In support thereof the parties state that plaintiff has filed the said motion which has been

heard and taken under advisement by Magistrate Judge Hillman. Docket.  Whether or not the

disposition of this motion results in additional production of documents by the defendants, the

result will bear significantly on the judgments and decisions the parties make as to what they

offer into evidence and what they will agree or not agree should be admitted into evidence.

Therefore submission of pretrial disclosures at this time is premature and will unnecessarily

burden the parties with duplicative preparation, and encumber the docket with duplicative

submissions and/or motions for leave to amend submissions.

1

WHEREFORE, the parties request that this motion be allowed and that the final pretrial

conference be continued and rescheduled after final disposition of the motion to compel and the

completion of any production that may result therefrom.

Respectfully submitted,
Plaintiff, by his attorneys,


/s/ Robert A. Scott
Hector E. Pineiro, Esquire BBO#555315
Robert A. Scott, Esquire BBO#648740
807 Main Street
Worcester, MA 01610
(508) 770-0600

Defendants, by their attorneys,
David M. Moore
City Solicitor


/s/ Janet J. McGuiggan
Janet J. McGuiggan BBO#630013
Assistant City Solicitor
City Hall, Room 301
Worcester, MA 01608
(508) 799-1161

DATED: January 27, 2006


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants as identified on the Notice of Electronic Filing (NEF) and there are no non
registered participants, on July 26, 2007.


/s/ Robert A. Scott_____


2