UNITED STATES OF AMERICA

| | |
|---|---|
| WORCESTER, SS | U.S. DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>CIVIL ACTION NO. 05-40154 FDS |

JOSE HERRERA BETANCOURT,     )
    Plaintiff     )
         )
v.     )
         )
JOHN J. GRADY, MICHAEL FOLEY,     )
PAUL KEYES, THE CITY OF     )
WORCESTER – A MUNICIPAL     )
CORPORATION, KEVIN FIFIELD,     )
U.S. SECURITY ASSOCIATES, INC.,     )
WINN MANAGEMENT, INC.,     )
    Defendants     )

**JOINT MOTION TO REFER THE ACTION FOR MEDIATION AND TO CONTINUE FINAL PRE-TRIAL CONFERENCE**

Now come all parties remaining in this action they jointly request this Honorable Court to refer this matter to Magistrate Judge Timothy S. Hillman for mediation and to postpone the final pretrial conference, presently scheduled for November 2, 2007, to allow a adequate time for mediation.

In support thereof they state that the undersigned counsel, who repesent the remaining parties in the action, have conferred regarding mediation and have concluded that both sides have genuine interest in exploring the possibility of settlement. Counsel further believe there is a good enough chance for settlement that it is in the best interests of the parties and of justice to make the attempt.

WHEREFORE, the parties request that this motion to refer for mediation be allowed and that the matter be so referred and final pre-trial conference be rescheduled to allow adequate time for mediation.

1

        Respectfully submitted,
        Plaintiff, by his attorneys,


        */s/ Robert A. Scott*
        Hector E. Pineiro, Esquire BBO#555315
        Robert A. Scott, Esquire BBO#648740
        807 Main Street
        Worcester, MA 01610
        (508) 770-0600

        Defendants, by their attorneys,
        David M. Moore
        City Solicitor


        */s/ Janet J. McGuiggan*
        Janet J. McGuiggan BBO#630013
        Assistant City Solicitor
        City Hall, Room 301
        Worcester, MA 01608
        (508) 799-1161

DATED: October 26, 2007


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and there are no non registered participants, on October 26, 2007.

                                                                */s/ Robert A. Scott*_____