UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE HERRERA BETANCOURT,<br>      Plaintiff<br><br>v.<br><br>JOHN J. GRADY, MICHAEL FOLEY,<br>PAUL KEYES and<br>CITY OF WORCESTER,<br>      Defendants | )<br>)<br>)<br>)<br>)   No. 05-40154 FDS<br>)<br>)<br>)<br>) |

NOTICE OF COMPLIANCE WITH COURT-ORDERED
DOCUMENT PRODUCTION FOR *IN CAMERA* REVIEW

    Now come Defendants John J. Grady, Michael Foley, Paul Keyes and City of Worcester, pursuant to Magistrate Judge Timothy Hillman's Order of October 15, 2007, and notice their compliance with said order by producing the following categories of documents for *in camera* inspection:

1. Complete unredacted copies of personnel files of John J. Grady, Michael Foley and Paul Keyes; and

2. Unredacted copies of all injured prisoner reports for the two-year period from September 8, 2000 to September 8, 2002. Please note that recurring names of individuals generating the reports are supervisors in the Service Division reporting pursuant to policy. The reports further indicate the identities of the arresting officers.

                                          Respectfully submitted,
                                          JOHN J. GRADY, MICHAEL FOLEY,
                                          PAUL KEYES AND CITY OF
                                          WORCESTER,

                                          By their attorneys,
                                          David M. Moore
                                          City Solicitor

                                          /s/ Janet J. McGuiggan
                                          Janet J. McGuiggan (BBO #630013)
                                          Assistant City Solicitor
                                          City Hall, Room 301
                                          455 Main Street
                                          Worcester, MA 01608
                                          (508) 799-1161

<u>CERTIFICATE OF SERVICE</u>

    I, Janet J. McGuiggan, hereby certify that I served the within document on all parties of record by filing the same through this Court's electronic filing system (ECF) on this 26th day of October, 2007 with an electronic copy sent to all participants.

                                                                /s/ Janet J. McGuiggan