UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE HERRERA BETANCOURT,

      Plaintiff,                            CIVIL ACTION
v.                                        NO.   05-40154-FDS

JOHN J. GRADY, et. al.,

      Defendants,

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Tuesday, December 11, 2007 @ 10:00 A.M.** in The United States District Court in **WORCESTER**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail at lisa_roland@mad.uscourts.gov **no later than two (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                                          / s /Timothy S. Hillman
                                                          Timothy S. Hillman
DATED: November 9, 2007                       United States Magistrate Judge