UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE HERRERA BETANCOURT,<br>　　　Plaintiff | )<br>)<br>) |
| v. | )<br>)    NO. 05-40154-FDS |
| JOHN J. GRADY, MICHAEL FOLEY,<br>PAUL KEYES, and<br>CITY OF WORCESTER,<br>　　　Defendants | )<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO WITHDRAW FROM MEDIATION

Now come Defendants, John J. Grady, Michael Foley, Paul Keyes, and the City of Worcester to request that they be permitted to withdraw from mediation currently scheduled for December 11, 2007 with Magistrate Judge Timothy Hillman. As grounds for this request, Defendants state that they are no longer willing to participate in formal mediation in this matter, but, in making this request, the Defendants are not foreclosing informal settlement discussions between the parties.

WHEREFORE, Defendants respectfully request that Defendants' Motion to Withdraw From Mediation be allowed.

JOHN J. GRADY, MICHAEL FOLEY, PAUL KEYES, and CITY OF WORCESTER

By their attorneys,

David M. Moore
City Solicitor


/s/ Janet J. McGuiggan
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
Telephone: (508) 799-1161
BBO #630013

CERTIFICATE OF SERVICE

I, Janet J. McGuiggan, hereby certify that the within motion filed on this 5th day of December, 2007 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Janet J. McGuiggan