## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOSE HERRERA BETANCOURT,

      Plaintiff,                            CIVIL ACTION
v.                                        NO. 05-40154-FDS

JOHN J. GRADY, et. al.,

      Defendants,

### REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

This case was reffered to me for the following ADR proceeding:

\_\_\_\_ EARLY NEUTRAL EVALUATION     _X_ MEDIATION
\_\_\_\_ MINI-TRIAL     \_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

A motion was filed withdrawing participation in the Mediation scheduled for December 11, 2007, which was ALLOWED on December 10, 2007. Therefore, case is returned to Judge Saylor.

The case was:

( )    Settled. Your clerk should enter a\_\_ day order of dismissal.
( )    There was progress. A further conference has been scheduled for _____.
         unless the case is reported settled prior to that date.
( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
         productive. This case should be restored to your trial list.

December 10, 2007                            /s/ Timothy S. Hillman
Date                                       TIMOTHY S. HILLMAN, M.J.