UNITED STATES OF AMERICA

WORCESTER, SS.                              U.S. DISTRICT COURT
                                           DISTRICT OF MASSACHUSETTS
                                           Civil Action No. 05-40154 FDS

_____
JOSE HERRERA BETANCOURT           )
        Plaintiff                 )
                                  )
v.                                )
                                  )
JOHN J. GRADY, MICHAEL FOLEY,     )
PAUL KEYES, THE CITY OF           )
WORCESTER - A MUNICIPAL           )
CORPORATION, KEVIN FIFIELD,       )
U.S. SECURITY ASSOCIATES, INC., and )
WINN MANAGED PROPERTIES LLC       )
        Defendants                )
_____)

Pursuant to the Order of this Honorable Court of October 15, 2007, (Docket No. 54) I,

Robert A. Scott, do hereby certify that I have reviewed and I understand the Court's Electronic

Case Filing Administrative Procedures and the Court's Local Rules.

Respectfully submitted,

/s/  Robert A. Scott
Robert A. Scott,  BBO #648740
Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA 01610
Tel. (508) 770-0600
robin@pineirolegal.com

DATED: December 11, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants as identified on the Notice of Electronic Filing (NEF) on December 11,
2007, and there are no non registered participants.

/s/ Robert A. Scott

1