UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Betancourt,**
    **Plaintiff(s),**

    V.

**Grady,**
    **Defendant(s),**

CIVIL ACTION

NO. <u>05-40154-FDS</u>

## SETTLEMENT ORDER OF DISMISSAL

<u>Saylor, D. J.</u>

The Court having been advised on <u>     April 28, 2008     </u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.

By the Court,

<u>   April 29, 2008   </u>           /s/ Martin Castles
    Date                                  Deputy Clerk