UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Betancourt_

V.                                  Case No. _05 40154_

_Grady et al_

### RECEIPT

Received of the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

_#41_

Name: _[illegible]_
Address: _807 Main St_
_Worcester, MA 01610_
Telephone: _508-770-0600_

Date: _6/23/08_