UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Betancourt_

v.                              Case No. _05-40154_

_Grady et al_

### RECEIPT

Received of the Clerk, U.S. District Court, the following documents and/or exhibits
in the above-entitled case:

_50 a 52_

Name: _Wendy L Quinn_
Address: _455 Main St. Rm 301_
_Worcester, MA 01608_
Telephone: _508-799-1161_

Date: _6/12/08_